UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHRISTOPHER A. TAFOLLA,**

   Plaintiff,

v.                                                              No. 4:22-cv-0450-P

**A. WACKER,**

   Defendant.

## FINAL JUDGMENT

Consistent with the notice of voluntary dismissal of action without prejudice filed by Plaintiff, Christopher A. Tafolla, on December 19, 2022, Plaintiff's claims against Defendant, A. Wacker, are **DISMISSED WITHOUT PREJUDICE**, each party to bear the court costs and attorney's fees incurred by that party.

**SO ORDERED** on this **20th day** of **December 2022.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE